**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| GROVER CLEVELAND HODGES, # 42786 | PETITIONER |
| vs. | Civil Action No. 3:05-cv-622 HTW-LRA |
| PRESTON GOFF, WARDEN;  CHRISTOPHER EPPS, COMMISSIONER OF MDOC;  AND JIM HOOD, ATTORNEY GENERAL | RESPONDENTS |

**FINAL JUDGMENT**

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same, hereby orders that the petition for writ of habeas corpus is dismissed with prejudice and enters final judgment in favor of the respondents.  The above-styled and numbered cause is fully and finally dismissed.

**SO ORDERED, THIS THE 24th day of August, 2007.**

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**